UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS HARGROVE | CIVIL ACTION |
| VERSUS | NO. **00-0141** |
| LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, LOUISIANA GAMING ENTERPRISES, INC. AND BOOMTOWN, INC. d/b/a BOOMTOWN BELLE CASINO and ABC INSURANCE COMPANY | SECTION   B  <br><br>MAG. 4 |

## MOTION TO STRIKE THE JURY

NOW INTO COURT, through undersigned counsel, comes claimant, **LOUIS HARGROVE**, who moves the court to strike the jury for the reasons given in the accompanying memorandum.

Respectfully submitted:

_____
Robert P. Charbonnet, Jr., #21523
**Charbonnet Law Firm, L.L.C.**
3750 S. Claiborne Avenue
New Orleans, Louisiana   70125
Telephone: (504) 891-5841

**CERTIFICATE OF SERVICE**

I have served a copy of this pleading on all counsel of record by United States mail, postage prepaid, on this _25_ day of _____, 2000.

_____
ROBERT P. CHARBONNET, JR.

DATE OF ENTRY

MAY - 1 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS HARGROVE | CIVIL ACTION |
| VERSUS | NO. 00-0141 |
| LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, | SECTION  B |
| LOUISIANA GAMING ENTERPRISES, INC. AND BOOMTOWN, INC. d/b/a BOOMTOWN BELLE CASINO and ABC INSURANCE COMPANY | MAG. 4 |

## MEMORANDUM IN SUPPORT OF CLAIMANT'S MOTION TO STRIKE

Claimant **LOUIS HARGROVE** respectfully moves this Court to strike the jury ordered in this matter by defendant, **LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, d/b/a BOOMTOWN BELLE CASINO**. Claimant asserts actions based upon general maritime law and has designated his claim to be in admiralty. As such, neither party is entitled to a trial by jury. Federal Rules of Civil Procedure 9(h) and 38(e).

In as much as neither party is entitled to a jury in this case, the claimant submits that defendants request for trial by jury be stricken.

Respectfully submitted:

Robert P. Charbonnet, Jr., #21523
**Charbonnet Law Firm, L.L.C.**
3750 S. Claiborne Avenue
New Orleans, Louisiana  70125
Telephone:  (504) 891-5841

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS HARGROVE | CIVIL ACTION |
| VERSUS | NO. 00-0141 |
| LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, LOUISIANA GAMING ENTERPRISES, INC. AND BOOMTOWN, INC. d/b/a BOOMTOWN BELLE CASINO and ABC INSURANCE COMPANY | SECTION  B

MAG. 4 |

### ORDER

On the showing made,

IT IS HEREBY ORDERED that the request for trial by jury be stricken in this matter.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
JUDGE

*Denied. Plaintiff must either certify that there is no opposition or notice such a motion for contradictory hearing.*

4/28/00