```
                                         FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2000 JUL 13 PM 12: 46

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
LEMELLE, J.
July 12, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS HARGROVE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0141** |
| | **SECTION "B"(4)** |
| **LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, LOUISIANA GAMING ENTERPRISES, INC. AND BOOMTOWN, INC. d/b/a BOOMTOWN BELLE CASINO and ABC INSURANCE COMPANY** | |

      Before the Court is plaintiff's Motion to Strike the Jury (Rec. Doc. No. 11) given that the actions asserted by plaintiff are based on general maritime law under Federal Rule of Civil Procedure 9(h), and thus, neither party is entitled to a jury for such action under Federal Rule of Civil Procedure 38(e). Defense counsel has advised the Court that defendant does not oppose the Motion.

DATE OF ENTRY
JUL 1 3 2000

1

Accordingly, given that the Motion has merit,

**IT IS ORDERED** that the **Motion to Strike the Jury** (Rec. Doc. No. 11) is **granted**.

*[signature]*
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2