

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUIS HARGROVE | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | 00-0141 |
| | * | |
| LOUISIANA-I GAMING, A | * | SECTION B |
| LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, LOUISIANA | * | MAG. 4 |
| GAMING ENTERPRISES, INC. AND | * | |
| BOOMTOWN, INC. D/B/A | * | |
| BOOMTOWN BELLE CASINO AND | * | |
| ABC INSURANCE COMPANY | * | |
| | * | |

\* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Louisiana-I Gaming, a Louisiana Partnership in Commendam, d/b/a Boomtown Belle Casino ("Boomtown"), erroneously and incorrectly referred to as Louisiana-I Gaming, a Louisiana Partnership in Commendam, Louisiana Gaming Enterprises, Inc. and Boomtown, Inc. d/b/a Boomtown Belle Casino, and requests this Honorable Court to issue an Order enrolling Ronald J. Sholes and Robert L. Bonnaffons of Adams and Reese LLP, 4500 One Shell Square, New Orleans,

DATE OF ENTRY
JUL 21 2000

Louisiana 70139 as additional counsel of record in the captioned litigation. This request will not delay the trial of this case.

                        Respectfully submitted,

**ADAMS AND REESE LLP**

_____
E. GREGG BARRIOS (#20096)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234

_____
RONALD J. SHOLES (#14436)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234

_____
ROBERT L. BONNAFFONS (#18564)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234

**ATTORNEYS FOR DEFENDANT,
LOUISIANA-I GAMING, A LOUISIANA
PARTNERSHIP IN COMMENDAM d/b/a
BOOMTOWN BELLE CASINO**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by fax, hand delivery or by placing same in the U.S. Mail, properly addressed and postage prepaid, this 19th day of July, 2000.

_____
E. GREGG BARRIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUIS HARGROVE | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | 00-0141 |
| | * | |
| LOUISIANA-I GAMING, A | * | SECTION B |
| LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, LOUISIANA | * | MAG. 4 |
| GAMING ENTERPRISES, INC. AND | * | |
| BOOMTOWN, INC. D/B/A | * | |
| BOOMTOWN BELLE CASINO AND | * | |
| ABC INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \*

## ORDER

*Considering the foregoing* Motion to Enroll as Additional Counsel;

IT IS ORDERED that Ronald J. Sholes and Robert L. Bonnaffons of the firm of Adams and Reese LLP be enrolled as additional counsel on behalf of Louisiana-I Gaming, a Louisiana Partnership in Commedem d/b/a Boomtown Belle Casino.

New Orleans, Louisiana, this ___ day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE