```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 NOV 22 AM 8:44

                               LORETTA G. WHYTE
                                    CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS HARGROVE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0141** |
| **LOUISIANA-I GAMING, ET AL** | **SEC. "B"(4)** |

## ORDER OF DISMISSAL

The Court having been advised that all parties have firmly agreed upon a compromise, and assured that they need only to execute releases and deliver funds, accordingly

**IT IS ORDERED** that this action is hereby dismissed without cost, but without prejudice to the right, upon good cause shown, within 60 days, to seek summary judgment enforcing the compromise if it is not consummated by that time, with the Court retaining jurisdiction over this action to enforce settlement if not timely

DATE OF ENTRY

NOV 2 2 2000

consummated.

We are very grateful for the settlement/mediation work of Magistrate Judge Roby along with the related efforts by all parties and counsel of record.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE 60 DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED FOR DEPOSITION OR TRIAL, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 21st day of November 2000.

_____
UNITED STATES DISTRICT JUDGE