```
                                                    FILED
                                               U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                             2000 NOV 22 AM 12:01

                                              LORETTA G. WHYTE
                                                    CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**November 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS HARGROVE** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0141** |
| **LOUISIANA-I GAMING, ET AL** | **SECTION: "B" (4)** |

A Settlement Conference was held on November 20, 2000, and continued until this date by telephone. Participating were: Robert P. Charbonnet, Jr. and Louis Hargrove representing the plaintiff and Robert Louis Bonnaffons representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day order of dismissal

                                        _____
                                             KAREN WELLS ROBY
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Ivan L.R. Lemelle**

```
DATE OF ENTRY
NOV 22 2000
```