

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 27  AM 11: 59

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**November 27, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LOUIS HARGROVE**                    **CIVIL ACTION**

**VERSUS**                            **NO:    00-0141**

**LOUISIANA -I GAMING, ET AL.**       **SECTION: "B" (4)**

On October 12, 2000, the plaintiff, Louis Hargrove ("plaintiff") filed a **Motion to Compel Inspection of Premises (doc. #17)**.  The plaintiff's motion was set for hearing before the undersigned on November 1, 2000.  However, on November 22, 2000, the parties reached an agreement to compromise all claims and the district judge entered a sixty (60) day order of dismissal closing the case.[1]

Accordingly,

**IT IS THEREFORE ORDERED** that the plaintiff's **Motion to Compel Inspection of Premises (doc. #17)** is hereby **DENIED AS MOOT**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

---

[1]*See* Rec. doc. #23, November 22, 2000 Minute Entry.

**DATE OF ENTRY**
**NOV 2 7 2000**

Fee
Process
X Dkts
CtRmDep
Doc.No. 25