FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -2 PM 4:07

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUIS HARGROVE | * | CIVIL ACTION NO. |
| VERSUS | * | 00-0141 |
| LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, LOUISIANA GAMING ENTERPRISES, INC. AND BOOMTOWN, INC. D/B/A BOOMTOWN BELLE CASINO AND ABC INSURANCE COMPANY | * | SECTION B |
| | * | MAG. 4 |

* * * * * * * *

### JOINT MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Louis Hargrove ("Hargrove"), and defendant, Louisiana-I Gaming, a Louisiana Partnership in Commendam d/b/a Boomtown Belle Casino ("Boomtown") and move this Honorable Court for an Order of Dismissal With Prejudice, because any and all claims of plaintiff against Boomtown in the above-captioned matter have been fully and completely compromised and settled. Accordingly, plaintiff and defendant respectfully request this Honorable Court to grant their Joint Motion of Dismissal with Prejudice, and to issue an Order dismissing any and all claims of plaintiff against Boomtown and ABC Insurance Company in the above-captioned matter, with prejudice, each party bearing its own court costs.

DATE OF ENTRY
JAN - 4 2001

Respectfully submitted,

CHARBONNET LAW FIRM, L.L.C.

_____
ROBERT P. CHARBONNET, JR. (# 21523)
909 West Esplanade Ave., Suite 202
Kenner, LA 70065
Telephone: (504) 464-4725

ATTORNEY FOR PLAINTIFF,
LOUIS HARGROVE


ADAMS AND REESE LLP

_____
E. GREGG BARRIOS . T.A. (#20096)
RONALD J. SHOLES (#14436)
ROBERT L. BONNAFFONS (#18564)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234

ATTORNEYS FOR DEFENDANT,
LOUISIANA-I GAMING, A LOUISIANA
PARTNERSHIP IN COMMENDAM d/b/a
BOOMTOWN BELLE CASINO


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by fax, hand delivery and/or by placing same in the U.S. Mail, properly addressed and postage prepaid, this 2nd day of January, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUIS HARGROVE | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | 00-0141 |
| | * | |
| LOUISIANA-I GAMING, A | * | SECTION B |
| LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, LOUISIANA | * | MAG. 4 |
| GAMING ENTERPRISES, INC. AND | * | |
| BOOMTOWN, INC. D/B/A | * | |
| BOOMTOWN BELLE CASINO AND | * | |
| ABC INSURANCE COMPANY | * | |
| | * | |

\* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

CONSIDERING THE FOREGOING MOTION,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Joint Motion of Dismissal of plaintiff, Louis Hargrove, and defendant, Louisiana-I Gaming, a Louisiana Partnership in Commendam d/b/a Boomtown Belle Casino are hereby **GRANTED** because the above-captioned matter has been fully and completely compromised and settled as to plaintiff, and Louisiana-I Gaming, a Louisiana Partnership in Commendam d/b/a Boomtown Belle Casino. Accordingly, any and all claims of plaintiff, Louis Hargrove, against defendants, Louisiana-I Gaming, a Louisiana Partnership in Commendam d/b/a Boomtown Belle Casino and ABC Insurance Company are dismissed, with prejudice and with each party paying its own court costs.

New Orleans, Louisiana, this _31st_ day of December, 2000.

_____
JUDGE